IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Daniel Rivera, et al. | ) | |
|     Plaintiffs | ) | Case No: 10 C 1733 |
| | ) | |
| v. | ) | |
| | ) | Judge William T. Hart |
| Allstate Insurance Company | ) | |
|     Defendant | ) | |
| | ) | |

### ORDER

Jury verdict entered against defendant Allstate Insurance Company and in favor of plaintiffs Daniel Rivera in the amounts of $7,156,972 for Defamation Damages, $1,000 for FCRA Damages and $4,000,000 in Punitive Damages, Stephen Kensinger in the amounts of $2,913,531 for Defamation Damages, $1,000 for FCRA Damages and $2,000,000 in Punitive Damages, Deborah Joy Meacock in the amounts of $3,602,317 for Defamation Damages, $1,000 for FCRA Damages and $3,000,000 in Punitive Damages, Rebecca Scheuneman in the amounts of $3,438,028 for Defamation Damages,$1,000 for FCRA Damages and $1,000,000 in Punitive Damages. Judgment is entered on the jury verdict.

Date: 6/21/2016                  /s/ Judge William T. Hart