ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Daniel Rivera, et al.** )
    Plaintiff(s) ) Case No. 10 C 1733
)
v. )
)
**Allstate Insurance Company** )
    Defendant(s) )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Daniel Rivera, Stephen Kensinger, Deborah Joy Meacock and Rebecca Scheuneman

and against defendant(s) Allstate Insurance Company

in the amounts of $7,156,972 for Defamation Damages, $1,000 for FCRA Damages and $4,000,000 in Punitive Damages to plaintiff Rivera, in the amounts of $2,913,531 for Defamation Damages, $1,000 for FCRA Damages and $2,000,000 in Punitive Damages to plaintiff Kensinger, in the amounts of $3,602,317 for Defamation Damages, $1,000 for FCRA Damages and $3,000,000 in Punitive Damages to plaintiff Meacock, and in the amounts of $3,438,028 for Defamation Damages, $1,000 for FCRA Damages and $1,000,000 in Punitive Damages to plaintiff Scheuneman.

to e

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge William T. Hart presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motions for

Date: 6/21/2016

Thomas G. Bruton, Clerk of Court

/s/ Carol Wing,, Deputy Clerk