# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Daniel Rivera, et al.**,
Plaintiff(s),

v.

**Allstate Insurance Company**
Defendant(s).

Case No. 10 C 1733
Judge William T. Hart

## SUPPLEMENTAL JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

       which ☐ includes     pre–judgment interest.
                 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒     other: Supplemental judgment is entered in favor of plaintiffs Daniel Rivera, Stephen Kensinger, Deborah Joy Meacock and Rebecca Scheuneman in the amount of $3,000 each against defendant Allstate Insurance Company as punitive damages imposed as a result of wilful violations of the Fair Credit Reporting Act.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge William T. Hart.

Date: 1/20/2017                                   Thomas G. Bruton, Clerk of Court

                                                          /s/ Carol Wing, Deputy Clerk