# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Daniel Rivera, et al.**,
Plaintiff(s),

v.

**Allstate Insurance Company**
Defendant(s).

Case No. 10 C 1733
Judge William T. Hart

## SUPPLEMENTAL JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $    ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Supplemental judgment is entered in favor of plaintiffs Daniel Rivera, Stephen Kensinger, Deborah Joy Meacock and Rebecca Scheuneman jointly and against defendant Allstate Insurance Company in the amount of $357,716.25 for attorney fees and $24,143.25 for court costs.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge William T. Hart.

Date:  3/9/2017                    Thomas G. Bruton, Clerk of Court

                                   /s/ Carol Wing, Deputy Clerk